UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANGELO CORREA, | Case No.: 1:19-cv-00369-DAD-JLT (PC) |
|---|---|
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| v. | |
| BRAUDRICK, et al., | (Doc. 16) |
| Defendants. | 60-DAY DEADLINE |

On November 22, 2019, Plaintiff filed a motion to extend time to file an amended complaint. (Doc. 16.) This is Plaintiff's second motion for an extension of time. Plaintiff states that he is in administrative segregation with limited access to the resources he needs to prepare his amended complaint. (*Id.* at 3.) He states that he will be released from administrative segregation in December. (*Id.*) Good cause appearing, the Court **GRANTS** Plaintiff **sixty days** from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated: **November 26, 2019**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE