UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA, | No. 1:19-cv-00369-DAD-JLT (PC) |
| Plaintiff, | |
| v. | ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR RECONSIDERATION OF MAGISTRATE JUDGE'S ORDER |
| BRAUDRICK, et al., | |
| Defendants. | (Doc. No. 22) |

Plaintiff Angelo Correa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 5, 2019, the assigned magistrate judge issued a screening order finding that plaintiff failed to state a cognizable claim for relief and granting him leave to amend. (Doc. No. 12.) On October 1, 2019, after plaintiff sought an extension to file an amended complaint, the magistrate judge granted plaintiff a 60-day extension of time to comply with the screening order. (Doc. Nos. 13, 14.) On November 26, 2019, after plaintiff sought a second extension to file an amended complaint, the magistrate judge granted plaintiff a second 60-day extension of time. (Doc. Nos. 16, 18.)

On January 21, 2020, plaintiff filed a motion for a 90-day extension of time to conduct research on the job duties of a psychiatric technician. (Doc. No. 19.) The magistrate judge did

1  not view this as a good cause to grant an additional 90 days, particularly given plaintiff's prior
2  two 60-day extensions, but nevertheless granted plaintiff an additional 30-day extension of time
3  to file any amended complaint.  (Doc. No. 20.)

4  On February 10, 2020, plaintiff filed a motion (1) requesting another extension of time,
5  (2) objecting to the magistrate judge's prior denial of a 90-day extension, and grant of only a 30-
6  day extension, and (3) "requesting review on this issue of importance about the extension by the
7  district court Judge Dale A. Drozd."  (Doc. No. 22.)  The magistrate judge denied plaintiff's
8  request for an additional extension of time.  (Doc. No. 23.)

9  The undersigned construes plaintiff's request for "review … about the extension" as a
10 motion for reconsideration of the magistrate judge's order denying a 90-day extension and
11 granting a 30-day extension instead pursuant to Federal Rule of Civil Procedure 72(a) and Local
12 Rule 303(c).  The court finds that plaintiff's motion for reconsideration—wherein he seeks more
13 time to file an amended complaint—has been mooted by his filing of a first amended complaint
14 ("FAC") on February 26, 2020.  (*See* Doc. No. 24.)[1]  The magistrate judge found service of the
15 FAC to be appropriate and directed service thereof on March 29, 2020.  (Doc. No. 25.)

16 Accordingly, plaintiff's motion for reconsideration (Doc. No. 22) is hereby denied.

17 IT IS SO ORDERED.

18 Dated:  **May 12, 2020**
19 UNITED STATES DISTRICT JUDGE

---

[1] The court notes that plaintiff's motion for reconsideration is also mot well-taken and lacks merit.

2