UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRAUDRICK, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00369-DAD-JLT (PC)<br><br>**ORDER REFERRING CASE TO POST-SCREENING ADR AND STAYING CASE FOR 90 DAYS** |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action. On March 29, 2020, the Court found that Plaintiff states cognizable claims for relief, directed service of the first amended complaint on Defendants, and ordered CDCR and the California Attorney General's Office to file a "Notice of E-Service Waiver" and waivers of service of process, respectively, on behalf of Defendants. (Doc. 25.) CDCR filed a Notice of E-Service Waiver on April 8, 2020. (Doc. 27.) To date, no waivers of service have been filed. Defendants filed an answer to Plaintiff's complaint on May 26, 2020. (Doc. 29.)

The Court is referring all civil rights cases filed by *pro se* inmates to Alternative Dispute Resolution (ADR) to attempt to resolve such cases more expeditiously and less expensively. In appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in ADR. No claims, defenses, or objections are waived by the parties' participation.

///

The Court, therefore, STAYS this action for 90 days to allow the parties to investigate Plaintiff's claims, meet and confer, and participate in an early settlement conference. The Court presumes that all post-screening civil rights cases assigned to the undersigned will proceed to a settlement conference. However, if, after investigating Plaintiff's claims and meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the early settlement conference. Accordingly, the Court **ORDERS**:

1. **Within 14 days** from the date of this order, the assigned Deputy Attorney General SHALL file waivers of service of process on behalf of Defendants, as instructed in the Court's order directing service (Doc. 25).
2. This action is STAYED for 90 days to allow the parties an opportunity to settle their dispute before the discovery process begins. No pleadings or motions may be filed in this case during the stay. The parties shall not engage in formal discovery, but they may engage in informal discovery to prepare for the settlement conference.
3. **Within 40 days** from the date of this order, the parties SHALL file the attached notice, indicating their agreement to proceed to an early settlement conference or their belief that settlement is not achievable at this time.
4. **Within 45 days** from the date of this order, the assigned Deputy Attorney General SHALL contact the undersigned's Courtroom Deputy Clerk at shall@caed.uscourts.gov to schedule the settlement conference.
5. If the parties reach a settlement during the stay of this action, they SHALL file a Notice of Settlement as required by Local Rule 160.
6. The Clerk of the Court SHALL serve via email copies of Plaintiff's first amended complaint (Doc. 24), the Court's e-service order (Doc. 25), and this order to Supervising Deputy Attorney General Larry Bragg, and a copy of this order to ADR Coordinator Sujean Park.

///

///

///

7. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* Local Rule 182(f).

IT IS SO ORDERED.

Dated: **May 27, 2020**   /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BRAUDRICK, et al.,<br><br>　　　　　Defendants. | Case No. 1:19-cv-00369-DAD-JLT (PC)<br><br>**NOTICE REGARDING EARLY SETTLEMENT CONFERENCE** |

1. The party or counsel agrees that an early settlement conference would be productive and wishes to engage in an early settlement conference.

　　　Yes \_\_\_\_　　　　No \_\_\_\_

2. Plaintiff (check one):

　　\_\_\_\_\_ would like to participate in the settlement conference in person.

　　\_\_\_\_\_ would like to participate in the settlement conference by telephone or video conference.

Dated:

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Plaintiff or Counsel for Defendants