UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>             Plaintiff,<br><br>     v.<br><br>BRAUDRICK, et al.,<br><br>             Defendants. | Case No. 1:19-cv-00369-DAD-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 44) |

Plaintiff seeks to modify the Court's discovery and scheduling order (Doc. 35) to extend the discovery deadline by two months. (Doc. 44.) The current deadline is December 10, 2020. (Doc. 35 at 3.) Upon review of Plaintiff's motion, and given that Defendants' exhaustion-based motion for summary judgment is currently pending before the Court (Doc. 37), the Court finds good cause to grant Plaintiff's request. Accordingly, the Court GRANTS Plaintiff's motion and sets the following new deadlines:

1. The deadline to complete discovery, including filing motions to compel, is **February 8, 2021**; and,

///

///

///

///

2. The deadline to file pretrial dispositive motions is **April 9, 2021**. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated:   **November 15, 2020**          **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE