UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BRAUDRICK, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00369-DAD-JLT (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR RESPONSE**<br><br>(Doc. 46) |

On November 15, 2020, the Court issued an order granting Plaintiff's motion to extend the discovery deadline and extended the deadline to February 8, 2021. (Doc. 45.) On November 25, 2020, the U.S. Postal Service returned the order as undeliverable. On December 11, 2020, Plaintiff filed a motion requesting a response to his prior motion for an extension. (Doc. 46.) The return address on the present motion is the same address at which the Clerk's Office mailed the prior order; thus, the Court is unsure why the latter was returned as undeliverable. Given this, the Court GRANTS Plaintiff's motion (Doc. 46) and DIRECTS the Clerk's Office to re-serve a copy of the order granting Plaintiff's motion for an extension (Doc. 45) on Plaintiff.

///

///

///

///

1 | Plaintiff also requests a response to a motion requesting a copy of his opposition to
2 | Defendants' motion for summary judgment. However, the Court has not received such a motion;
3 | so, it is unable to grant this requested relief.

IT IS SO ORDERED.

Dated: **December 14, 2020**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE