UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BRAUDRICK, et al.,<br><br>　　　　　　Defendants. | Case No. 1:19-cv-00369-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S "MOTION REQUESTING DISCOVERY"**<br><br>(Doc. 47) |

On December 14, 2020, Plaintiff filed a document titled, "Plaintiff's Motion Requesting Discovery." (Doc. 47.) To the extent Plaintiff seeks permission to serve discovery requests on Defendants, his motion is unnecessary. The Court already opened discovery when it issued its Discovery and Scheduling Order on July 10, 2020.[1] (Doc. 35.) To the extent Plaintiff requests that the Court conduct discovery on his behalf, the Court DENIES the motion. As explained in the Court's Discovery and Scheduling Order, discovery requests—such as interrogatories, requests for admission, and requests for production of documents—shall be served by the parties directly on each other pursuant to the Federal Rules of Civil Procedure and Local Rules. (*See id.* at 1-2.)

///
///
///

---

[1] The Court extended the discovery cutoff date to February 8, 2021. (Doc. 45).

Discovery requests shall *not* be filed with the Court, unless the requests or the responses to requests are at issue, such as in a motion to compel. *See* Local Rules 250.2(c), 250.3(c), 250.4(c); *see also* Fed. R. Civ. P. 37(a).

IT IS SO ORDERED.

Dated:   **December 14, 2020**                    **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE