UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>        Plaintiff,<br><br>    v.<br><br>BRAUDRICK, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00369-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL AS MOOT**<br><br>(Doc. 58) |

Plaintiff moves to compel Defendants to respond to discovery requests pertaining to the issue of exhaustion to support his opposition to Defendants' exhaustion-based motion for summary judgment. (Doc. 58.) However, the Court already took this matter under submission at the conclusion of the March 9, 2021 evidentiary hearing (Doc. 57), and has issued findings and recommendations to deny the motion for summary judgment (Doc. 59). Plaintiff's motion to compel discovery pertaining to the issue of exhaustion is therefore DENIED as moot.[1]

IT IS SO ORDERED.

    Dated:   **March 23, 2021**                    **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the deadline for discovery generally is April 2, 2021. (Doc. 53.)