UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANGELO CORREA, | Case No. 1:19-cv-00369-DAD-JLT (PC) |
|---|---|
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| BRAUDRICK, et al., | (Doc. 64) |
| Defendants. | |

Defendants have filed a motion to stay the dispositive-motion deadline in this matter. (Doc. 64.) Defendants seek to extend the deadline until after the Court resolves their pending, exhaustion-based motion for summary judgment. (*Id.*) The Court construes Defendants' motion as a motion to modify the discovery and scheduling order. The current dispositive-motion deadline was June 4, 2021. (Doc. 53.) Good cause appearing, the Court GRANTS Defendants' request. The deadline to file pretrial dispositive motions is extended until <u>45 days after</u> the Court rules on Defendants' exhaustion-based motion for summary judgment (Doc. 37), unless that ruling disposes of this case. All other deadlines remain in effect.

IT IS SO ORDERED.

Dated: **June 7, 2021**        **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE