UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ANGELO CORREA, | Case No. 1:19-cv-00369-DAD-JLT (PC) |
|---|---|
| Plaintiff, | **ORDER DENYING PLAINTIFF'S MOTION TO AMEND COMPLAINT** |
| v. | (Doc. 66) |
| BRAUDRICK, et al., | |
| Defendants. | |

Plaintiff requests leave from the Court to amend his complaint. (Doc. 66.) The deadline to amend the pleadings was November 7, 2020, (Doc. 25), and the discovery cutoff date, after several extensions, was April 2, 2021, (Doc. 53). The Court previously granted Plaintiff leave to amend his complaint back in September 2019. (Doc. 12.) Plaintiff does not provide any reason for why he seeks to amend the complaint a second time, e.g., he does not identify the claim(s) or defendant(s) he seeks to add. He also does not provide any justification for filing the motion eight months after the deadline to amend. For these reasons, the Court DENIES Plaintiff's motion.

IT IS SO ORDERED.

Dated: **July 12, 2021**      _/s/ Jennifer L. Thurston_
CHIEF UNITED STATES MAGISTRATE JUDGE