UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>            Plaintiff,<br><br>    v.<br><br>BRAUDRICK, et al.,<br><br>            Defendants. | No. 1:19-cv-00369-ADA-CDB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT IN PART AND DENY IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 82) |

Plaintiff Angelo Correa is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 27, 2022, the assigned Magistrate Judge issued findings and recommendations suggesting that this Court should grant in part and deny in part Defendants' motion for summary judgment. (ECF No. 82.) Following an extension of time, Plaintiff filed timely objections to the Findings and Recommendations on August 3, 2022. (ECF No. 85.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

///

Accordingly,

1. The findings and recommendations issued on June 27, 2022, (ECF No. 82), are ADOPTED in full;

2. Defendants' motion for summary judgment is DENIED as to the excessive force claims against Defendants Braudrick and Maddux;

3. Defendants' motion for summary judgment is GRANTED as to the deliberate indifference to serious medical needs claim against Defendant Torres; and

4. The matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated: October 12, 2022

UNITED STATES DISTRICT JUDGE