UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>          Plaintiff,<br><br>   v.<br><br>BRAUDRICK, et al.,<br><br>          Defendants. | No. 1:19-cv-00369-ADA-CDB (PC)<br><br>**ORDER SETTING SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE PROCEDURES**<br><br>**Telephonic Pre-Settlement Conference: February 9, 2023, at 10:00 a.m.**<br><br>**<u>In Person</u> Settlement Conference: February 16, 2023, at 9:30 a.m. at California State Prison, Los Angeles County** |

Angelo Correa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

Following notice from the parties of an agreement to opt into a settlement conference of this matter (Doc. 105), it is hereby **ORDERED** that:

1. The Court **SETS** a telephonic pre-settlement conference for **February 9, 2023, at 10:00 a.m.** before the undersigned. Defense counsel shall arrange for Plaintiff's participation. The conference will be brief, conducted to ensure the parties are prepared and informal negotiations have occurred. The parties shall dial 1-877-402-9757 and enter access code 6966236 for the telephonic conference.

2. The Court **SETS** an <u>in-person</u> settlement conference for **February 16, 2023, at 9:30 a.m., at California State Prison, Los Angeles County, in Lancaster, California**, in the BPH building before the undersigned. The Court will issue a writ of *habeas corpus ad testificandum* to allow for Plaintiff's participation, as appropriate.

3. Each party or a representative with full authority to negotiate and enter into a binding settlement agreement shall be present at and participate in the conference. The failure of any counsel, party, or authorized person subject to this order to participate in the conference may result in the imposition of sanctions.

4. Consideration of settlement is a serious matter that requires thorough preparation prior to the settlement conference. Participants in the conference must be prepared to discuss the claims, defenses, and damages.

5. The parties shall engage in <u>informal</u> settlement negotiations as follows:

   No later than **January 4, 2023**, Plaintiff shall submit to Defendants, by mail, a written itemization of damages and a meaningful settlement demand, including a brief explanation of why such settlement is appropriate, which shall not exceed 5 pages.

   No later than **January 17, 2023**, Defendants shall respond, by mail or telephone, with an acceptance of Plaintiff's offer or a meaningful counteroffer, including a brief explanation of why such settlement is appropriate. If settlement is achieved, the parties shall file a Notice of Settlement as required by Local Rule 160.

6. If settlement is not achieved informally, the parties shall submit confidential settlement conference statements no later than **February 3, 2023**. Defendants shall email their statement to CDBorders@caed.uscourts.gov. Plaintiff shall mail his statement, clearly captioned "Confidential Settlement Conference Statement," to United States District Court, Attn: Magistrate Judge Christopher D. Baker, 510 19th Street, Suite 200, Bakersfield, CA 93301.

   Once the parties have submitted their statements, they shall file a "Notice of Submission of Confidential Settlement Conference Statement" with the court. The

confidential settlement conference statements themselves **should not be filed** with the court **nor served** on the opposing party.

7. The confidential settlement conference statements should be no longer than 5 pages in length and include:

    a. A brief summary of the facts of the case;

    b. A brief summary of the claims and defenses of the case, i.e., the statutory, constitutional, or other grounds upon which the claims are founded;

    c. A forthright discussion of the strengths and weaknesses of the case and an evaluation of the likelihood of prevailing on the claims or defenses, from the party's perspective, and a description of the major issues in dispute;

    d. An estimate of the party's expected costs and time to be expended for further discovery, pretrial matters, and trial;

    e. A summary of past settlement discussions, including the informal settlement negotiations required above; a statement of the party's current position on settlement, **including the amount the party would offer and accept to settle** (in specific dollar amounts); and a statement of the party's expectations for settlement discussions;

    f. An estimate of any restitution allocated to Plaintiff, or other financial obligation assigned to Plaintiff, that would affect the parties' settlement discussions;

    g. A list of the individuals who will be attending the conference on the party's behalf, including names and, if appropriate, titles; and,

    h. If a party intends to discuss the settlement of any other actions or claims not raised in this suit, a brief description of each action or claim, including case number(s), as applicable.

The Clerk of the Court shall serve a courtesy copy of this Order on the Litigation Coordinator at Plaintiff's current facility to ensure Plaintiff receives this Order expeditiously, allowing Plaintiff sufficient time to prepare for and participate in informal negotiations as

3

directed, and to plan and prepare related documents in preparation for the settlement conference as directed.

IT IS SO ORDERED.

Dated:   **December 21, 2022**                      _____
                                                   UNITED STATES MAGISTRATE JUDGE

4