UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO CORREA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRAUDRICK, et al.,<br><br>　　　　　Defendants. | No. 1:19-cv-00369-ADA-CDB (PC)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>(Doc. 110)<br><br>**ORDER VACATING PRE-SETTLEMENT CONFERENCE**<br><br>(Docs. 106, 107) |

　　　　Angelo Correa is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

　　　　On February 8, 2023, counsel for Defendants B. Maddux and O. Braudrick filed a Stipulation for Voluntary Dismissal with Prejudice. (Doc. 110.) It states the parties "have resolved this case in its entirety" and that each party shall bear its own litigation costs and fees. (*Id*. at 1.) The stipulation is signed and dated by Plaintiff Angelo Correa and Judith S. Gronna, counsel for Defendants Maddux and Braudrick. (*Id*. at 1-2.)

//

//

//

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions, hearings and deadlines and to close this case.

Further, the Court HEREBY VACATES the Pre-Settlement Conference scheduled for February 9, 2023.

IT IS SO ORDERED.

Dated: **February 8, 2023**

UNITED STATES MAGISTRATE JUDGE